IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWAUN VICTOR MOORE,

    Petitioner,

v.

GARY SWARTHOUT, Warden,

    Respondent.

                              /

No. C 11-02905 JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, September 23, 2011 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: September 14, 2011

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE